## 10770

### BRADLEY v. LIFE & CASUALTY INS. CO. OF TENNESSEE

#### (110 S. E. 115)

APPEAL AND ERROR—CONCURRING FINDINGS BY MAGISTRATE AND CIRCUIT COURT NOT DISTURBED.—Concurring findings of fact by the Magistrate and the Circuit Court, with sufficient evidence to sustain it, will not be disturbed by the Supreme Court on appeal.

Before RICE, J., Barnwell, August, 1921. Affirmed.

Action by Lawrence Bradley against Life & Casualty Insurance Co. of Tennessee. From order affirming judgment of Magistrate for the plaintiff, the defendant appeals.

*Messrs. Holman & Boulware,* for appellant, cite: *Circuit Judge should arrive at his own conclusion on appeal from Magistrate:* Code Proc. Sec. 407.

*Messrs. J. O. Patterson, Jr.,* and *J. A. Kennedy,* for respondent, cite: *Finding of fact by Magistrate, confirmed by Circuit Judge, is final, if supported by any evidence:* 90 S. C. 79; 91 S. C. 426; 91 S. C. 568; 93 S. C. 80; 93 S. C., 368.    *Bradley was agent of Company*: Secs. 2704, 2711, 1 Civ. Code 1912.  *Circuit Judge complied with* Secs. 406, 407, Code Proc. 1912.

December 13, 1921.

The opinion of the Court was delivered by MR. JUSTICE WATTS.

The judgment of the Circuit Court is affirmed for the reason that we have a concurring finding of fact by the Magistrate and Circuit Court, with sufficient evidence to sustain that finding; and we have held in numerous cases that such finding will not be disturbed.

Judgment affirmed.